# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. SERMENO, | Case No. 1:16-cv-01583-AWI-SKO |
| Plaintiff, | **ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA** |
| v. | |
| M. IRMER, et al., | |
| Defendants. | |
| _____/ | |

On October 20, 2016, Plaintiff, proceeding pro se, filed a complaint against M. Irmer, Kimberly Flener, A. Irmer, and "Jane Doe," all of whom are alleged to be employees of Butte County Superior Court, located in Chico, California. (Doc. 1.) According to Plaintiff, the events giving rise to his complaint occurred in Chico, which is in Butte County. (*See* Doc. 1, p. 2.)

Pursuant to this Court's Local Rule 120(d), civil actions arising in Butte County shall be commenced in the U.S. District Court sitting in Sacramento, California. Local Rule 120(f) provides that "[w]henever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with this

Rule, or for other good cause, the Court may transfer the action to another venue within the District. Because the events underlying Plaintiff's complaint occurred in the Sacramento Division of the Eastern District, the Court on its own motion transfers this case pursuant to Local Rule 120(f).

Accordingly, IT IS HEREBY ORDERED that this case be transferred to the Sacramento Division of the Eastern District of California.

IT IS SO ORDERED.

Dated:   **April 6, 2017**                                    /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE

2